AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| BIMLA, FNU; KUMAR, Gaurav; | ) | Case No. 8:26-PO-21 (ML) |
| PRAJAPATI, Maitri; and XIAO, Liping | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of March 3, 2026 in the county of St. Lawrence County  in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry Without Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒      Continued on the attached sheet.

_____
*Complainant's signature*

Clinton Joseph, Border Patrol Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal

Procedure. Date: March 5, 2026

_____
*Judge's signature*

City and State:      Binghamton, New York

Hon. Miroslav Lovric, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Clinton L. JOSEPH, hereby depose and state under penalty of perjury:

1.    I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Massena, NY Station. I have been a BPA for 17 years and have been assigned to the Swanton Sector since 2018. I successfully completed training at the United States Border Patrol Academy in 2008, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2.    I submit this affidavit in support of a criminal complaint charging FNU BIMLA, Gaurav KUMAR, Maitri PRAJAPATI, and Liping XIAO with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

**Probable Cause**

3.    On March 3, 2026, at approximately 3:30 p.m., a Border Patrol Agent ("BPA") observed five individuals walking out of the woods and crossing the border from Canada into the United States at the corner of McDonald Road and Border Road in Hogansburg, NY. The individuals were detained and identified as BIMLA, KUMAR, PRAJAPATI, and XIAO.[1]

4.    The BPA conducted an immigration inspection.    BIMLA, KUMAR and

---

[1] We are not seeking charges against the fifth alien based on that person's medical condition.

PRAJAPATI admitted to being citizens and nationals of India, and XIAO admitted to being a citizen and national of China. All four subjects also admitted that they did not have proper documentation to be in, enter, or remain legally in the United States. The defendants were arrested and transported to the Massena Border Patrol Station for record checks, interviews, and processing.

5. BIMLA, KUMAR, and PRAJAPATI waived their *Miranda* rights and admitted that they unlawfully entered the United States from Canada.

6. At that station, BPAs fingerprinted the defendants and records checks confirmed that none of them are citizens or nationals of the United States and are therefore aliens; that none had permission to enter the United States; and that none had entered the United States through a port of entry.

### Conclusion

7. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendants with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

JOSEPH CLINTON, Agent
United States Border Patrol

I, the Honorable Mirolsav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by video conference on March __5__, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Miroslav Lovric
United States Magistrate Judge